UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ismael Hernandez Padilla,<br><br>    Plaintiff,<br><br>v.<br><br>Department of Justice; et al.,<br><br>    Defendants. | Case No. 2:23-cv-02017-APG-DJA<br><br>**Order** |

    This matter is before the Court on *pro se* Plaintiff Ismael Hernandez Padilla's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 1) and complaint (ECF No. 1-1). Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Instead, it is on what appears to be a District of Texas form. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

    **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

    **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of this order and the form application for an inmate to proceed *in forma pauperis* and its accompanying instruction packet.

    **IT IS FURTHER ORDERED** that Plaintiff shall have until **January 17, 2024** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C.

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/.

§ 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: December 15, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE