# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ismael Hernandez Padilla,<br><br>        Plaintiff,<br><br>v.<br><br>Department of Justice, et al.<br><br>        Defendants. | Case No. 2:23-cv-02017-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff Ismael Hernandez Padilla's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF No. 4). The Court previously denied Plaintiff's application for being on the wrong form and sent Plaintiff the correct form to use. (ECF No. 3). However, while Plaintiff's renewed application contains an inmate trust account statement, Plaintiff has only filed the first page of the application and has not filed a financial certificate as required. (ECF No. 4).

Because Plaintiff's application is incomplete, the Court denies it without prejudice and with leave to amend. If Plaintiff chooses to file another application, he must file all pages of that application, including the financial certificate. Because Plaintiff has already filed his inmate trust account statement, he does not need to re-file another inmate trust account statement.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **March 28, 2024**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with a financial

certificate; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. **Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed**.

DATED: February 27, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE