1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

Ismael Hernandez Padilla,

          Plaintiff,

  v.

Department of Justice, et al.,

          Defendants.

Case No. 2:23-cv-02017-APG-DJA

**Report and Recommendation**

On December 15, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice because it was on the wrong form.  (ECF No. 3).  The Court denied Plaintiff's renewed application on February 27, 2024, because it was incomplete.  (ECF No. 5).  In doing so, the Court gave Plaintiff until March 28, 2024, to file a complete application or pay the filing fee.  (*Id.*).  It explained that "[f]ailure to comply with this order will result in a recommendation to the District Judge that this action be dismissed."  (*Id.*).  To date, Plaintiff has not filed anything further in this action.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.  The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable

issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: June 25, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE