UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISMAEL HERNANDEZ PADILLA,<br><br>    Plaintiff<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants | Case No.: 2:23-cv-02017-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

On June 25, 2024, Magistrate Judge Albregts recommended that I dismiss plaintiff Ismael Padilla's complaint without prejudice because Padilla did not pay the filing fee or file a complete application to proceed in forma pauperis. ECF No. 6. Padilla did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 6) is accepted, and plaintiff Ismael Padilla's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 16th day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE