# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISMAEL HERNANDEZ PADILLA, | Case No.: 2:23-cv-02017-APG-DJA |
| Plaintiff | **Order Denying Objection** |
| v. | [ECF No. 9] |
| DEPARTMENT OF JUSTICE, et al., | |
| Defendants | |

I previously accepted Magistrate Judge Albregts' report and recommendation and dismissed this case without prejudice. ECF No. 7. Plaintiff Ismael Padilla filed a late objection, claiming that he had not received my order because he had been moved. ECF Nos. 8, 9. It is Padilla's obligation to keep his address current in the court's records. Regardless, even if he did not timely receive my order, he did not timely object to Judge Albregts' recommendation. And his untimely objection gives no valid reason why I should not have accepted that recommendation. I dismissed this case without prejudice, so Padilla may file a new lawsuit if he wishes to pursue his claims. But his present objection (ECF No. 9) is denied.

DATED this 16th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE